UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASCADE ENTERTAINMENT GROUP, LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>BUENA VISTA RANCHERIA OF THE ME-WUK INDIANS, BUENA VISTA ECONOMIC DEVELOPMENT AUTHORITY, and TRIBAL COUNCIL OF THE BUENA VISTA RANCHERIA OF THE ME-WUK INDIANS,<br><br>       Defendants.<br>_____/ | No. CIV-S-05-1382 MCE/JFM<br><br><br><br><br><br>**RELATED CASE ORDER** |
| CASCADE ENTERTAINMENT GROUP, LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>BUENA VISTA DEVELOPMENT COMPANY, LLC, RHONDA L. MORNINGSTAR POPE, and DONNMARIE POTTS,<br><br>       Defendants.<br>_____/ | No. CIV-S-05-1438 MCE/GGH |

///

1

1  Examination of the above-entitled civil actions reveals that
2  these actions are related within the meaning of Local Rule 83-
3  123(a) (E.D. Cal. 1997).  The actions involve many of the same
4  defendants and are based on the same or similar claims, the same
5  property transaction or event, similar questions of fact and the
6  same questions of law, and would therefore entail a substantial
7  duplication of labor if heard by different judges.  Accordingly,
8  the assignment of the matters to the same judge is likely to
9  effect a substantial savings of judicial effort and is also
10 likely to be convenient for the parties.
11      The parties should be aware that relating the cases under
12 Local Rule 83-123 merely has the result that both actions are
13 assigned to the same judge; no consolidation of the action is
14 effected.  Under the regular practice of this court, related
15 cases are generally assigned to the district judge and magistrate
16 judge to whom the first filed action was assigned.
17      IT IS THEREFORE ORDERED that the action denominated CIV-S-
18 05-1438 MCE/GGH, CASCADE ENTERTAINMENT GROUP, LLC v. BUENA VISTA
19 DEVELOPMENT COMPANY, LLC, ET AL., is reassigned to Judge Morrison
20 C. England, Jr. And John F. Moulds for all further proceedings,
21 and any dates currently set in this reassigned case only is
22 hereby VACATED.  The parties are referred to the attached Order
23 Requiring Joint Status Report.  Henceforth, the caption on
24 documents filed in the reassigned case shall be shown as CIV-S-
25 05-1438 MCE/JFM.
26 ///
27 ///
28 ///

1    IT IS FURTHER ORDERED that the Clerk of the Court make
2 appropriate adjustment in the assignment of civil cases to
3 compensate for this reassignment.
4    IT IS SO ORDERED.
5 DATED: August 1, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE