| | |
|---|---|
| 1 | WINSTON & STRAWN LLP |
| 2 | ROBERT A. JULIAN (SBN: 88469) |
|   | STEPHEN I. BERKMAN (SBN: 162226) |
|   | MARK A. OLSON (SBN: 148613) |
| 3 | 101 California Street, Suite 3900 |
|   | San Francisco, CA 94111-5894 |
| 4 | Telephone: 415-591-1000 |
|   | Facsimile: 415-591-1400 |
| 5 | |
|   | Attorneys For Plaintiff |
| 6 | CASCADE ENTERTAINMENT GROUP, LLC, |
|   | a California limited liability company |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CASCADE ENTERTAINMENT GROUP, LLC, a California limited liability company,

　　　　　　Plaintiff,

vs.

BUENA VISTA RANCHERIA OF THE ME-WUK INDIANS, a sovereign Indian tribe; the BUENA VISTA ECONOMIC DEVELOPMENT AUTHORITY, a body corporate and politic and instrumentality of the Buena Vista Rancheria of Me-Wuk Indians; the TRIBAL COUNCIL OF THE BUENA VISTA RANCHERIA OF THE ME-WUK INDIANS, the governing body of the Buena Vista Rancheria of the Me-Wuk Indians; and DOES 1 through 200, inclusive,

　　　　　　Defendants

Case No. 2:05-cv-1382-MCE JFM

**ERRATUM RE: REPLY BRIEF IN SUPPORT OF CASCADE ENTERTAINMENT GROUP, LLC'S MOTION TO REMAND**

DATE:　　　　September 26, 2005
TIME:　　　　9:00 a.m.
COURTROOM:　3

1   On line 23 of page 10 of the above-captioned Reply Brief, "Sacramento" should be
2 deleted and "Amador" should be inserted after "for the County of," so that the line reads, in part:
3 "remand this action to the California Superior Court for the County of Amador."

Dated: September 23, 2005                WINSTON & STRAWN LLP


                                         By_____*Mark A. Olson*_____
                                             Mark A. Olson
                                             Attorneys for Plaintiff
                                             CASCADE ENTERTAINMENT GROUP LLC

---

1

**ERRATUM RE: REPLY BRIEF IN SUPPORT OF CASCADE'S MOTION TO REMAND**

SF:116052.1