WINSTON & STRAWN LLP
ROBERT A. JULIAN (SBN: 88469)
STEPHEN I. BERKMAN (SBN: 162226)
MARK A. OLSON (SBN: 148613)
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400

Attorneys For Plaintiff
CASCADE ENTERTAINMENT GROUP, LLC,
a California limited liability company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASCADE ENTERTAINMENT GROUP, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BUENA VISTA RANCHERIA OF THE ME-WUK INDIANS, a sovereign Indian tribe; the BUENA VISTA ECONOMIC DEVELOPMENT AUTHORITY, a body corporate and politic and instrumentality of the Buena Vista Rancheria of Me-Wuk Indians; the TRIBAL COUNCIL OF THE BUENA VISTA RANCHERIA OF THE ME-WUK INDIANS, the governing body of the Buena Vista Rancheria of the Me-Wuk Indians; and DOES 1 through 200, inclusive,<br><br>Defendants. | Case No. 2:05-CV-01382-MCE JFM<br><br>**NOTICE OF SETTLEMENT; AND**<br><br>**REQUEST FOR ENTRY OF ORDER RE: FILING OF DISPOSITIONAL DOCUMENTS [LOCAL RULE 16-160(b)]**<br><br>Related Documents<br>Proposed Order |

NOTICE OF SETTLEMENT; REQUEST FOR ENTRY OF ORDER RE: FILING OF DISPOSITIONAL DOCUMENTS [LOCAL RULE 16-160(b)]

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the above-captioned case has been settled.

## REQUEST FOR ENTRY OF ORDER

On account of certain terms of the settlement, the parties request an extension of time to file dispositional papers under Local Rule 16-160.

<u>Documentation</u>. Under the terms of the settlement, the parties have 15 days in which to enter into mutually acceptable documentation of the settlement, provided, however, that, if the parties do not do so, the handwritten settlement agreement signed by the parties on October 20, 2005, shall be the sole agreement and be binding and enforceable.

<u>Court Approval</u>. The settlement is subject to approval by the Court.

<u>Dismissals</u>. Dismissals will be filed within 10 days of Court approval.

Cascade has obtained the consent of counsel for the defendants to the filing of this paper and the request for the relief below.

ACCORDINGLY,

Cascade requests that the Court enter an order that the parties shall file a stipulation for approval of the settlement no later than Monday, November 7, 2005, and that dispositional documents shall be filed within 10 days of Court approval of the settlement.

A form of order has been electronically lodged with the Court.

Respectfully submitted,

Dated: October 21, 2005

WINSTON & STRAWN LLP

By _____
Mark A. Olson
Attorneys for Plaintiff
CASCADE ENTERTAINMENT GROUP LLC

---

1

NOTICE OF SETTLEMENT; REQUEST FOR ENTRY OF ORDER RE: FILING OF DISPOSITIONAL DOCUMENTS [LOCAL RULE 16-160(b)]

SF:118120.1