WINSTON & STRAWN LLP
ROBERT A. JULIAN (SBN: 88469)
STEPHEN I. BERKMAN (SBN: 162226)
MARK A. OLSON (SBN: 148613)
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile:  415-591-1400

Attorneys For Plaintiff
CASCADE ENTERTAINMENT GROUP, LLC,
a California limited liability company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASCADE ENTERTAINMENT GROUP, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BUENA VISTA RANCHERIA OF THE ME-WUK INDIANS, a sovereign Indian tribe; the BUENA VISTA ECONOMIC DEVELOPMENT AUTHORITY, a body corporate and politic and instrumentality of the Buena Vista Rancheria of Me-Wuk Indians; the TRIBAL COUNCIL OF THE BUENA VISTA RANCHERIA OF THE ME-WUK INDIANS, the governing body of the Buena Vista Rancheria of the Me-Wuk Indians; and DOES 1 through 200, inclusive,<br><br>Defendants. | Case No. 2:05-CV-01382-MCE JFM<br><br>**ORDER RE: FILING OF DISPOSITIONAL DOCUMENTS [LOCAL RULE 16-160(b)]**<br><br><u>Related Documents</u><br>Notice of Settlement;<br>and Request for Entry of Order |

Plaintiff Cascade Entertainment Group, LLC having given notice of the settlement of the above-captioned action, and having requested an extension of time to file dispositional documents under Local Rule 16-160(b), and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The parties to the above-captioned action shall file a stipulation for approval of settlement no later than Monday, November 7, 2005.

///

///

2. Dispositional documents shall be filed within ten days of Court approval of the settlement.

DATED: October 24, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5894